**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| FORTILINE, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | No. 25-166 |
| v. | : | |
| | : | |
| FORTILINE, INC. and | : | |
| CARLOS RICHARDSON, | : | |
| | : | |
| Defendants | : | |

**COMPLAINT**

Plaintiff Fortiline, LLC ("Plaintiff" or "Fortiline, LLC"), by and through its attorneys, hereby brings this Complaint against Defendants Fortiline, Inc. ("Defendant Fortiline, Inc.") and Carlos Richardson ("Richardson" and together with Defendant Fortiline, Inc., "Defendants") and states as follows:

## I.  INTRODUCTION

1.  Fortiline, LLC is a holding company with an operating entity named Fortiline, Inc.

2.  For over twenty-five years, Fortiline, Inc. has been the leading supplier of underground water, sewer, and storm utility products in the United States, supporting contractors and municipalities with underground utility solutions in the public and private sectors. Plaintiff Fortiline, LLC owns the FORTILINE mark, which has been a valid, registered trademark by the United States Patent and Trademark Office ("USPTO") since March 12, 2013, and has been in use since at least 2012.

3.  When Fortiline, LLC attempted to register its operating entity Fortiline Inc. to do business in Wyoming, it learned that Mr. Richardson registered "Fortiline, Inc." on approximately

April 6, 2025. Defendant Fortiline, Inc.'s use of FORTILINE infringes on Fortiline, LLC's valid trademark and also unlawfully precludes Fortiline, LLC from registering Fortiline, Inc. to conduct a valid business in Wyoming.

4.     Accordingly, Fortiline, LLC brings this Complaint seeking a declaration of its rights in connection with its validly registered trademark and for damages and equitable relief related to Defendant Fortiline, Inc.'s unlawful use of the FORTILINE mark and related unfair competition.

## II. **THE PARTIES**

5.     Plaintiff Fortiline, LLC is a limited liability company organized and existing under the laws of North Carolina, with its principal place of business in Dallas, Texas. Fortiline, LLC has three members, who, upon information and belief, are citizens of Texas. Consequently, Fortiline, LLC is a citizen of North Carolina and Texas. Plaintiff is the owner of the federally registered trademark "FORTILINE," U.S. Reg. No. 4301352 (registered on March 12, 2013). Fortiline, LLC has an operating entity, Fortiline, Inc., which was formed in 1997, and which is organized under the laws of South Carolina. Fortiline, Inc.'s principal office is located in Dallas, Texas, and its registered office address is in Raleigh, North Carolina.

6.     Defendant Fortiline, Inc. is a corporation organized under the laws of Wyoming and can be served through its registered agent, Carlos Richardson, at 3433 Bristol Avenue, Rock Springs, Wyoming 82901. Attached as **Exhibit A** is a true and correct copy from the Wyoming Secretary of State's website.

7.     Defendant Carlos Richardson is an individual who filed the incorporation papers with the Wyoming Secretary of State for Defendant Fortiline, Inc. Attached as **Exhibit B** is a true and correct copy of the Articles of Incorporation for Defendant Fortiline, Inc. from the Wyoming

Secretary of State website.   The Articles of Incorporation includes two addresses for Mr. Richardson: 1) 3433 Bristol Avenue, Rock Springs, Wyoming 82901 (his registered agent address) and 2) 1815 Stilton Court, Florissant, MO 63031.  Upon information and belief, Mr. Richardson is either a resident of Fremont County, Wyoming or St. Louis County, Missouri, and can be served at 3433 Bristol Avenue, Rock Springs, Wyoming 82901.

### III.  <u>JURISDICTION AND VENUE</u>

8.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 15 U.S.C. § 1121 (actions arising under the Lanham Act).

9.      This Court also has subject matter jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff Fortiline, LLC is a limited liability company organized under the laws of North Carolina and whose principal office is located in Dallas, Texas. On information and belief, all three members of Fortiline, LLC are citizens of Texas. Defendant Fortiline, Inc. is a corporation organized and existing under the laws of Wyoming, with its principal office in Florissant, Missouri. Defendant Carlos Richardson is, upon information and belief, a citizen of either Wyoming or Missouri. Accordingly, complete diversity exists between Plaintiff and all Defendants.

10.     This Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

11.     This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a), as those claims are so related to the federal claims that they form part of the same case or controversy.

12.    Venue is proper in this district under 28 U.S.C. § 1391(b) because Defendant Fortiline, Inc. is incorporated in Wyoming, and the acts giving rise to this action occurred in this district.

## IV.    NATURE OF THE ACTION

13.    This is an action for (a) trademark infringement under the Lanham Act, 15 U.S.C. § 1114(a); (b) unfair competition under the common law of Wyoming; and (c) declaratory judgment pursuant to 28 U.S.C. §§ 2201-2202, seeking confirmation of Plaintiff's priority rights in its trademark and business name, and related equitable relief.

## V.    FACTUAL BACKGROUND

14.    Plaintiff Fortiline, LLC is a holding company whose operating entity Fortiline, Inc. is a leading supplier of underground water, sewer, and storm utility products in the United States. Fortiline, Inc. contracts with contractors and municipalities to provide underground utility solutions.

15.    Fortiline, LLC owns the FORTILINE mark, which is federally registered with the United States Patent and Trademark Office, Registration No. 4301352, with a registration date of March 12, 2013.

16.    Since at least as early as 2012, Fortiline, LLC has continuously used the FORTILINE mark in commerce in connection with its businesses and related goods and services.

17.    Fortiline, LLC's FORTILINE mark is distinctive and well-known in the industry, and Fortiline, LLC has invested substantial resources in advertising and promoting the mark and its brand nationwide.  Notably, no other individuals or entities own a trademark for or including the term FORTILINE in the United States. Thus, Plaintiff is the sole owner and user of the FORTILINE mark in the United States.

4

18.     In 2025, Fortiline, LLC sought to register Fortiline, Inc. to do business in Wyoming with the Wyoming Secretary of State under its legal operating name, Fortiline, Inc.

19.     Wyo. Stat. Ann. § 17-16-1501 provides in part that "[a] foreign corporation may not transact business in this state until it obtains a certificate of authority from the secretary of state." Wyo. Stat. Ann. § 17-16-1501(a).

20.     Pursuant to Wyo. Stat. Ann. § 17-16-1503, "[a] foreign corporation may apply for a certificate of authority to transact business in this state by delivering an application to the secretary of state for filing." Wyo. Stat. Ann. § 17-16-1503(a).

21.     A foreign corporation applying for a certificate of authority to transact business in Wyoming must satisfy the requirements of Wyo. Stat. Ann. § 17-16-401, which provides:

> Except as authorized by subsections (c) and (d) of this section, a corporate name shall not be the same as, or deceptively similar to any trademark or service mark registered in this state and shall be distinguishable upon the records of the secretary of state from the name of any profit or nonprofit corporation, trade name, limited liability company, statutory trust company, statutory foundation, limited partnership or other business entity organized, continued or domesticated under the laws of this state or licensed or registered as a foreign profit or nonprofit corporation, foreign limited partnership, foreign joint stock company, foreign statutory trust company, foreign foundation, foreign limited liability company or other foreign business entity in this state or any fictitious or reserved name.

Wyo. Stat. Ann. § 17-16-401(b).

22.     Plaintiff discovered that Defendant Fortiline, Inc. had registered the corporate name "Fortiline, Inc." with the Wyoming Secretary of State on or about April 6, 2025, using a residential address of 1815 Stilton Court, Florissant, Missouri 63031 for its principal office. Defendants therefore used the name "Fortiline, Inc." to register the business in Wyoming.

23.     Carlos Richardson is listed as the "incorporator" of Defendant Fortiline, Inc., with the same residential address of 1815 Stilton Court, Florissant, Missouri 63031. *See* Ex. A. Mr. Richardson is also listed as the registered agent with an address of 3433 Bristol Avenue, Rock

Springs, Wyoming 82901.  *See* Ex. B. Interestingly, Mr. Richardson's email is listed as robertwilliams2500@icloud.com. The Articles of Incorporation lists Mr. Richardson's telephone number as (314) 337-7969.

24.    On April 23, 2025, Plaintiff sent a cease-and-desist letter to Defendants Fortiline, Inc. and its incorporator, Carlos Richardson, demanding that Defendants cease use of the infringing name and withdraw the registration.  Attached as **Exhibit C** is a copy of the letter. Defendants are therefore aware that their conduct infringes on Fortiline, LLC's rights, and their failure to dissolve Defendant Fortiline, Inc. or change its name constitutes willful infringement and bad faith.

25.    On May 12, 2025, Fortiline, LLC's counsel emailed Mr. Richardson at robertwilliams2500@icloud.com to follow up on the cease-and-desist demand. Counsel received a response from "Robert Williams" stating "I will apply to demand." Attached as **Exhibit D** is an email chain.

26.    Counsel followed up numerous times, even sending the Articles of Amendment form for Mr. Williams or Mr. Richardson to file with the Wyoming Secretary of State to amend Defendant Fortiline, Inc.'s name. *See* Ex. D at Ex. 1. Neither Mr. Williams nor Mr. Richardson responded.

27.    Counsel also tried calling the number for Mr. Richardson listed on the Articles of Incorporation, but the individual who answered indicated that they had no idea about Defendant Fortiline, Inc. or what it was. As such, it appears that a fake number may have been used for the corporate filing for Defendant Fortiline, Inc.

28.    Defendants failed to respond to Plaintiff's letter and have taken no action to relinquish or change the corporate name.

29.     Despite being provided the form and understanding the infringing nature of his conduct, Defendant Richardson has not taken any steps to change the name of Defendant Fortiline, Inc. and has not responded to Plaintiff's communications.

30.     Upon information and belief, Defendant Fortiline, Inc. was registered for the sole purpose of interfering with Plaintiff's business activities in Wyoming and rights to its mark.

31.     Defendants' conduct in registering this corporate name infringes on Fortiline, LLC's registered mark and precludes Fortiline, LLC from registering its operating entity, Fortiline, Inc., to conduct its business in Wyoming.

32.     Upon information and belief, Defendants registered "Fortiline, Inc." to unfairly compete with Fortiline, LLC's business and cause confusion as to the ownership of the FORTILINE mark with the public.

33.     Under Wyo. Stat. Ann. § 17-16-401, Wyo. Stat. Ann. § 17-16-1503, and Wyo. Stat. Ann. § 17-16-1506, Plaintiff is precluded from registering Fortiline Inc. to do business in Wyoming under its own name as long as Defendant Fortiline, Inc. maintains its registration, despite Plaintiff's priority of use and federal trademark rights.

34.     Upon information and belief, Defendants registered "Fortiline, Inc." in bad faith and without intent to conduct lawful business, in order to disrupt, block, or harass Plaintiff and to preclude Plaintiff's legitimate registration and business activities in Wyoming.

35.     Wyoming permits judicial and administrative dissolution of a corporation. Wyo. Stat. Ann. § 17-16-1430 provides that "[t]he district court may dissolve a corporation…in a proceeding by the attorney general if it is established that: (A) The corporation obtained its articles of incorporation through fraud; or (B) The corporation has continued to exceed or abuse the

authority conferred upon it by law." Wyo. Stat. Ann. § 17-16-1430(a)(i). Wyo. Stat. Ann. § 17-16-1420 provides:

> The secretary of state may commence a proceeding under W.S. 17-16-1421 to administratively dissolve a corporation if any of the following has occurred:
> ***
> (vi) It is in the public interest and the corporation:
> ***
> (B) Has provided fraudulent information or has failed to correct false information upon request of the secretary of state on any filing under this act with the secretary of state;
> ***
> (vii) An incorporator, director, officer or agent of the corporation signed a document he knew was false in any material respect with intent that the document be delivered to the secretary of state for filing…

Wyo. Stat. Ann. §§ 17-16-1430(a)(vi)(B), 17-16-1430(a)(vii).

36.    The fact that Defendant Fortiline, Inc. is registered as a corporation does not "(i) Abrogate or limit the law governing unfair competition or unfair trade practices; (ii) Derogate from the common law the principles of equity or the statutes of this state or of the United States with respect to the right to acquire and protect names and trademarks; or (iii) Create an exclusive right in geographic or generic terms contained within a name." Wyo. Stat. Ann. § 17-24-101.

37.    Although Fortiline, LLC attempted to resolve this without litigation, Defendants failed to dissolve Defendant Fortiline, Inc. or change its name, which prevents Fortiline, LLC from registering Fortiline, Inc. to conduct its valid business in Wyoming and which infringes on Fortiline, LLC's trademark and is an unfair and unlawful method of competition.  Fortiline, LLC therefore files this action to protect its rights.

## <u>COUNT I – TRADEMARK INFRINGEMENT</u><br><u>LANHAM ACT, 15 U.S.C. § 1114(A)</u>

38.    Plaintiff incorporates each of the foregoing paragraphs of this Complaint as though fully set forth herein.

39.     Plaintiff is the owner of the valid, subsisting, and incontestable federal trademark registration for FORTILINE, Registration No. 4301352.

40.     Defendants' unauthorized use of the identical mark FORTILINE as part of Defendant Fortiline, Inc.'s corporate name is likely to cause confusion, mistake, or deception among consumers and the public as to the source, sponsorship, or affiliation of Defendant Fortiline, Inc.'s business, in violation of 15 U.S.C. § 1114(a).

41.     Upon information and belief, Defendants' actions are willful, deliberate, and in bad faith.

42.     Plaintiff has suffered and will continue to suffer harm unless Defendants are enjoined from further acts of infringement. Plaintiff has been and will continue to be injured by Defendants' infringement unless Defendants dissolve Defendant Fortiline, Inc and cease using the FORTILINE mark in any way.

### COUNT II – UNFAIR COMPETITION - WYOMING COMMON LAW

43.     Plaintiff incorporates each of the foregoing paragraphs of this Complaint as though fully set forth herein.

44.     Plaintiff possesses a protected interest in its trade name of FORTILINE across the United States.

45.     Plaintiff is the owner of the valid, subsisting, and incontestable federal trademark registration for FORTILINE, Registration No. 4301352.

46.     Plaintiff's interest in the FORTILINE name arose prior to Defendants' using the name to register "Fortiline, Inc." as a business in Wyoming on April 6, 2025.

47.     Defendants' use and/or intended use, including the unauthorized use of the FORTILINE name and registering the corporate name "Fortiline, Inc.," thereby precluding

Fortiline, LLC from being able to register Fortiline, Inc. to do business in Wyoming under Wyo. Stat. Ann. § 17-16-401, Wyo. Stat. Ann. § 17-16-1503, and Wyo. Stat. Ann. § 17-16-1506, constitutes unfair competition and violates Plaintiff's interest in its trade name under the common law of Wyoming.

48.    Defendants' conduct is an unfair method of competition and is likely to cause confusion and harm to Plaintiff and the public.

49.    Plaintiff has been and will continue to be injured by Defendants' unfair competition unless Defendants dissolve Defendant Fortiline, Inc and cease using the FORTILINE mark in any way.

## COUNT III– DECLARATORY JUDGMENT – 28 U.S.C. § 2201

50.    Plaintiff incorporates each of the foregoing paragraphs of this Complaint as though fully set forth herein.

51.    An actual and justiciable controversy exists between Plaintiff and Defendants regarding the parties' respective rights to use, register, and conduct business under the name FORTILINE in the State of Wyoming and elsewhere.

52.    Plaintiff is the owner of the valid and subsisting federal trademark registration for FORTILINE (U.S. Reg. No. 4301352 ), which confers priority rights to use the mark in connection with Plaintiff's goods and services throughout the United States, including Wyoming.

53.    Defendants have registered and continue to maintain a Wyoming corporation under the name "Fortiline, Inc.," and are preventing Plaintiff from registering Fortiline, Inc. to do business in Wyoming as Fortiline, Inc., pursuant to Wyo. Stat. Ann. § 17-16-401, Wyo. Stat. Ann. § 17-16-1503, and Wyo. Stat. Ann. § 17-16-1506.

54.    Upon information and belief, Defendants registered "Fortiline, Inc." in bad faith to block or interfere with Plaintiff's lawful rights and business activities.

55.    Plaintiff seeks a declaration pursuant to 28 U.S.C. §§ 2201-2202 that:

a.    Plaintiff Fortiline, LLC has priority of use and exclusive rights in the FORTILINE mark throughout the United States, including Wyoming;

b.    Defendants' registration and use of the name "Fortiline, Inc." in Wyoming infringes Plaintiff's trademark rights and constitutes unfair competition under the common law of Wyoming;

c.    Defendants' registration of "Fortiline, Inc." unlawfully prevents Plaintiff from registering Fortiline, Inc. to conduct business under its name in Wyoming under Wyo. Stat. Ann. § 17-16-401, Wyo. Stat. Ann. § 17-16-1503, and Wyo. Stat. Ann. § 17-16-1506 in violation of Plaintiff's federal and state law rights;

d.    Defendants procured Defendant Fortiline, Inc.'s articles of incorporation through fraud, or Defendant Fortiline, Inc. has continued to exceed or abuse the authority conferred upon it by law;

e.    Plaintiff is entitled to register Fortiline, Inc. to conduct business under its name in Wyoming;

f.    When Plaintiff is permitted to register and conduct business in Wyoming, Defendant will not be permitted to register the name "Fortiline, Inc." under Wyo. Stat. Ann. § 17-16-401; and

g.    Defendant Fortiline, Inc. should be ordered to relinquish its corporate registration and/or be dissolved to allow Plaintiff to exercise its lawful rights.

56.    The requested declaratory relief will resolve the parties' dispute and clarify the parties' respective rights and obligations under federal and state law.

57.    Defendants' actions and omissions have severely and irrevocably prejudiced Fortiline, LLC's ability to register Fortiline, Inc. to do business in Wyoming.

**WHEREFORE** Plaintiff Fortiline, LLC respectfully requests that the Court enter judgment in favor of Plaintiff declaring that Defendants, by their actions described herein, violated 15 U.S.C. § 1114(A) of the Lanham Act, engaged in unfair competition, and that Plaintiff is entitled to the declaratory relief it seeks.

## PRAYER FOR RELIEF

Based on the foregoing, Plaintiff Fortiline, LLC respectfully requests that the Court grant the following relief:

A. **<u>As to Count I</u>** – Judgment in favor of Plaintiff ordering that Defendants, by their actions described herein, violated 15 U.S.C. § 1114(A) of the Lanham Act by their infringing use of the FORTILINE mark.

B. **<u>As to Count II</u>** - Judgment in favor of Plaintiff ordering that Defendants engaged in unfair competition.

C. **<u>As to Count III</u>** - Judgment in favor of Plaintiff declaring that:

a. Plaintiff Fortiline, LLC has priority of use and exclusive rights in the FORTILINE mark throughout the United States, including Wyoming;

b. Defendants' registration and use of the name "Fortiline, Inc." in Wyoming infringes Plaintiff's trademark rights and constitutes unfair competition under the common law of Wyoming;

c.  Defendants' registration of "Fortiline, Inc." unlawfully prevents Plaintiff from registering Fortiline, Inc. to conduct business under its name in Wyoming in violation of Plaintiff's federal and state law rights;

d.  Defendants procured Defendant Fortiline, Inc.'s articles of incorporation through fraud, or Defendant Fortiline, Inc. has continued to exceed or abuse the authority conferred upon it by law;

e.  Plaintiff is entitled to register Fortiline, Inc. to conduct business under its name in Wyoming;

f.  Defendant will not be permitted to register the name "Fortiline, Inc." under Wyo. Stat. Ann. § 17-16-401; and

g.  Defendant Fortiline, Inc. be ordered to relinquish its corporate registration and/or be dissolved to allow Plaintiff to exercise its lawful rights.

D.  An award of costs and attorneys' fees, as permitted by applicable law.

E.  Any additional or further relief deemed appropriate by the Court.

Dated July 22, 2025                              Respectfully Submitted,

By:     */s/ Michael F. Thomson*
        Michael F. Thomson (Wyoming Bar No.
        6-4502)
        **GREENBERG TRAURIG, LLP**
        222 South Main Street, Suite 1730
        Salt Lake City, Utah 84101
        Telephone: (801) 478-6917
        Email: thomsonm@gtlaw.com

        Jennifer Bartlett (*pro hac vice forthcoming*)
        **GREENBERG TRAURIG, LLP**
        2200 Ross Avenue, Suite 5200
        Dallas, TX 75201
        Telephone: (214) 665-3600
        Fax: (214) 665-3601
        E-mail: jennifer.bartlett@gtlaw.com

        *Attorneys for Plaintiff*

# EXHIBIT A

# STATE OF WYOMING ✳ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **FORTILINE INC** | | |
|---|---|---|---|
| **Filing ID** | **2025-001651356** | | |
| Type | Profit Corporation | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 04/06/2025 10:33 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 1 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Principal Address

1815 Stilton Ct
Florissant, Missouri 63031

### Mailing Address

3433 Bristol Ave
Rock Springs, Wyoming 82901

### Registered Agent Address

Carlos Richardson
3433 Bristol Ave
Rock Springs, WY 82901

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Carlos RICHARDSON  1815 Stilton Ct Florissant, MO  63031 |

### Notes

| Date | Recorded By | Note |
|---|---|---|
| | | |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| | | | | |

## Amendment History

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

Name **FORTILINE INC**

**Filing ID** **2025-001651356**

Type Profit Corporation Status Active

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 04/06/2025 |

# EXHIBIT B

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>

**WY Secretary of State**
**FILED: Apr  6 2025 10:33PM**
**Original ID: 2025-001651356**

# Profit Corporation
# Articles of Incorporation

**I.    The name of the profit corporation is:**
FORTILINE INC

**II.    The name and physical address of the registered agent of the profit corporation is:**
Carlos Richardson
3433 Bristol Ave
Rock Springs, WY 82901

**III.    The mailing address of the profit corporation is:**
3433 Bristol Ave
Rock Springs, Wyoming 82901

**IV.    The principal office address of the profit corporation is:**
1815 Stilton Ct
Florissant, Missouri 63031

**V.    The number, par value, and class of shares the profit corporation will have the authority to issue are:**

| | | | |
|---|---|---|---|
| Number of Common Shares: | 1 | Common Par Value: | $0.0000 |
| Number of Preferred Shares: | 0 | Preferred Par Value: | $0.0000 |

**VI.    The name and address of each incorporator is as follows:**
Carlos RICHARDSON
1815 Stilton Ct Florissant, MO  63031

Signature:    *Carlos Richardson*          Date:  **04/06/2025**

Print Name:    **Carlos Richardson**

Title:    **FORTILINE Inc**

Email:    **robertwilliams2500@icloud.com**

Daytime Phone #:    **(314) 337-7969**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020

Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Carlos RICHARDSON

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☑ An Individual    ☐ An Organization

## Filer Information:
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

Signature:  *Carlos Richardson*                      Date:  **04/06/2025**

Print Name:  **Carlos Richardson**

Title:  **FORTILINE Inc**

Email:  **robertwilliams2500@icloud.com**

Daytime Phone #:  **(314) 337-7969**



**Secretary of State**

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Carlos Richardson**, whose registered office is located at **3433 Bristol Ave, Rock Springs, WY 82901**, voluntarily consented to serve as the registered agent for **FORTILINE INC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

**Signature:**   *Carlos Richardson*                    Date:  **04/06/2025**

Print Name:   **Carlos Richardson**

Title:   **FORTILINE Inc**

Email:   **robertwilliams2500@icloud.com**

Daytime Phone #:   **(314) 337-7969**

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**FORTILINE INC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **6th** day of **April**, **2025** at **10:33 PM.**

Remainder intentionally left blank.

Filed Date: 04/06/2025

_____
Secretary of State

Filed Online By:

Carlos Richardson

on 04/06/2025

# EXHIBIT C



April 23, 2025

**VIA EMAIL TO ROBERTWILLIAMS2500@ICLOUD.COM AND UPS (NEXT DAY AIR)**

Mr. Carlos Richardson, Incorporator
Fortiline, Inc.
1815 Stilton Ct
Florissant, Missouri 63031

-AND-

3433 Bristol Ave.
Rock Springs, Wyoming 82901

> **Re: Immediately Cease and Desist from Business Registration and/or Use of Fortiline, Inc. Name**

Dear Mr. Richardson:

We represent Fortiline, Inc. and Fortiline, LLC ("Fortiline") in connection with legal enforcement and protection of its brand. It has come to our attention that you have, without authorization, registered the corporation Fortiline, Inc. in Wyoming on April 6, 2025. We write to demand that you immediately ***cease and desist*** from using the Fortiline name and immediately file to rename your company.

As you are obviously aware, Fortiline is a leading supplier of underground water, sewer, and storm utility products in the United States. Through years of hard work and investment, Fortiline has established invaluable brand recognition and consumer goodwill in its FORTILINE and FORTILINE WATERWORKS brands. In addition to owning substantial common law rights, Fortiline owns several federal trademark registrations for its marks, including U.S. Registration No. 4316325 for FORTILINE WATERWORKS and Registration No. 4301352 for FORTILINE, both with rights dating back to 2012.

We have recently learned that you formed a corporation in Wyoming named Fortiline, Inc. in a manner that is likely to confuse consumers into believing that your company is sponsored by, licensed by, associated with, or affiliated with Fortiline, when you are not. Indeed, there can be no argument that confusion is not likely, as you have adopted a mark and company name identical to my client's brand.

The above actions on your behalf amount to trademark infringement and unfair competition, among many other actionable wrongs, that Fortiline cannot and will not tolerate.

We therefore demand that you:

1.    Immediately cease and desist from all further use of the FORTILINE brand;

2.    Immediately file to rename your corporation (in any and all states in which you have filed) to remove the term FORTILINE or any term confusingly similar to the term FORTILINE;

2.    Agree to never use the FORTILINE mark again in the future; and

4.    Within 7 days of the date of this letter, confirm your compliance with these demands to me in writing.



Should you fail to comply with these demands, Fortiline will take further action to protect its brand. To that end, we reserve all rights and remedies to which Fortiline may be entitled and nothing herein shall be taken as a waiver of the same.

We look forward to your prompt compliance and response.

Sincerely,

*/s/ Rob LeBlanc*

Rob LeBlanc
Direct Phone Number: (214) 665-3780
*rob.leblanc@gtlaw.com*

---

# EXHIBIT D

| | |
|---|---|
| **From:** | Leblanc, Rob R (Shld-DAL-IP-Tech) |
| **To:** | Bartlett, Jennifer (Assoc-DAL-LT) |
| **Subject:** | FW: Cease and Desist - Fortiline Inc (Wyoming) (GT Ref. No.: 233262-010000) |
| **Date:** | Wednesday, June 25, 2025 1:20:48 PM |
| **Attachments:** | P-Amendment.pdf |
| | image001.png |
| **Importance:** | High |

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780 | F +1 214.665.5985
Rob.Leblanc@gtlaw.com | www.gtlaw.com | View GT Biography

**GT GreenbergTraurig**

---

**From:** Leblanc, Rob R (Shld-DAL-IP-Tech) <Rob.Leblanc@gtlaw.com>
**Sent:** Monday, June 23, 2025 12:50 PM
**To:** robertwilliams2500@icloud.com
**Cc:** Martin, Michelle (LSS-DAL-IP-Tech) <Michelle.Martin@gtlaw.com>
**Subject:** RE: Cease and Desist - Fortiline Inc (Wyoming) (GT Ref. No.: 233262-010000)
**Importance:** High

Hi Robert- We are providing you until **end of day Wednesday** to respond and confirm compliance with our reasonable requests here. If you do not timely respond, we will be proceeding with litigation against you.  We have tried to be patient, but all of our emails have gone unresponded to and I don't see any evidence online that you have filed to change your name.

Best,
Rob

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780 | F +1 214.665.5985
Rob.Leblanc@gtlaw.com | www.gtlaw.com | View GT Biography

**GT GreenbergTraurig**

---

**From:** Leblanc, Rob R (Shld-DAL-IP-Tech) <Rob.Leblanc@gtlaw.com>
**Sent:** Tuesday, June 17, 2025 4:27 PM
**To:** robertwilliams2500@icloud.com
**Cc:** Martin, Michelle (LSS-DAL-IP-Tech) <Michelle.Martin@gtlaw.com>
**Subject:** RE: Cease and Desist - Fortiline Inc (Wyoming) (GT Ref. No.: 233262-010000)

Robert- We are trying to be reasonable here and have given you time to prepare and file the amendment, yet I'm seeing nothing on file.  Can you please get this on file this week and confirm with me ASAP that it will be filed?

You will simply need to fill out the attached document and indicate in #2 that Article Number 1 is amended to change the name to "Insert your new entity name."

We will be setting a deadline for litigation soon, which we hope to avoid filing against you.

Best,
Rob

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780  |  F +1 214.665.5985
Rob.Leblanc@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

**From:** Leblanc, Rob R (Shld-DAL-IP-Tech) <Rob.Leblanc@gtlaw.com>
**Sent:** Monday, June 9, 2025 4:32 PM
**To:** robertwilliams2500@icloud.com
**Cc:** Martin, Michelle (LSS-DAL-IP-Tech) <Michelle.Martin@gtlaw.com>
**Subject:** RE: Cease and Desist - Fortiline Inc (Wyoming) (GT Ref. No.: 233262-010000)
**Importance:** High

Hi Robert- Following up on my message below.  We need to have the name change filing on record this week.  You will simply need to fill out the attached document and indicate in #2 that Article Number 1 is amended to change the name to "Insert your new entity name."

I hope that we can avoid suit by having you enter this simple name amendment this week.  Happy to chat live if that would be helpful.

Best,
Rob

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780  |  F +1 214.665.5985
Rob.Leblanc@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

---

**From:** Leblanc, Rob R (Shld-DAL-IP-Tech)
**Sent:** Friday, June 6, 2025 9:47 AM
**To:** Robert Williams <robertwilliams2500@icloud.com>
**Cc:** Martin, Michelle (LSS-DAL-IP-Tech) <Michelle.Martin@gtlaw.com>
**Subject:** RE: Cease and Desist - Fortiline Inc (Wyoming) (GT Ref. No.: 233262-010000)
**Importance:** High

Hi Robert- We'd prefer not to escalate this matter by instituting litigation, but we will do so if required.  Can you please file to amend the name to something that is not similar to Fortiline by next Tuesday, June 10 and send confirmation via email?

Best,
Rob

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780  |  F +1 214.665.5985
Rob.Leblanc@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

---

**From:** Leblanc, Rob R (Shld-DAL-IP-Tech)
**Sent:** Wednesday, May 14, 2025 3:07 PM
**To:** 'Robert Williams' <robertwilliams2500@icloud.com>
**Subject:** RE: Cease and Desist - Fortline Inc (Wyoming) (GT Ref. No.: 233262-010000)

Hi Robert- A quick follow up on my additional questions below.  Look forward to hearing back from you ASAP.

Best,
Rob

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780  |  F +1 214.665.5985
Rob.Leblanc@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Leblanc, Rob R (Shld-DAL-IP-Tech)
**Sent:** Tuesday, May 13, 2025 2:51 PM
**To:** Robert Williams <robertwilliams2500@icloud.com>
**Subject:** RE: Cease and Desist - Fortline Inc (Wyoming) (GT Ref. No.: 233262-010000)

Thank you, Robert. When do you expect to have the name change request filed, so I can update my client that we may be able to potentially consider this one resolved without further escalation?

Please provide confirmation of the filing with the Secretary of State, once it has been submitted.

Best,
Rob

**Rob LeBlanc**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3780  |  F +1 214.665.5985
Rob.Leblanc@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

---

**From:** Robert Williams <robertwilliams2500@icloud.com>
**Sent:** Tuesday, May 13, 2025 2:14 PM
**To:** Leblanc, Rob R (Shld-DAL-IP-Tech) <Rob.Leblanc@gtlaw.com>
**Subject:** Re: Cease and Desist - Fortline Inc (Wyoming) (GT Ref. No.: 233262-010000)

**\*EXTERNAL TO GT\***

I will apply to demand
Sent from my iPhone

> On May 12, 2025, at 12:39 PM, Rob.Leblanc@gtlaw.com wrote:
>
> Dear Mr. Richardson- Following up on our prior message, as we noticed that you have not timely responded.  Please confirm if you intend to comply with our demand.  If not, we will move forward with escalation.
>
> Best,
> Rob
>
> **Rob LeBlanc**
> Shareholder
>
> Greenberg Traurig, LLP
> 2200 Ross Avenue | Suite 5200 | Dallas, TX 75201

T +1 214.665.3780  |  F +1 214.665.5985
Rob.Leblanc@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

<image001.png>

---

**From:** Martin, Michelle (LSS-DAL-IP-Tech) Michelle.Martin@gtlaw.com
**Sent:** Wednesday, April 23, 2025 3:53 PM
**To:** ROBERTWILLIAMS2500@ICLOUD.COM
**Cc:** Martin, Michelle (LSS-DAL-IP-Tech) Michelle.Martin@gtlaw.com; Davis, Katie (Para-DAL-IP-Tech) <Katie.Davis@gtlaw.com>; GTIPMail <gtipmail@gtlaw.com>; Leblanc, Rob R (Shld-DAL-IP-Tech) <Rob.Leblanc@gtlaw.com>
**Subject:** Cease and Desist - Fortline Inc (Wyoming) (GT Ref. No.: 233262-010000)

Please see attached correspondence.

Thanks,
Michelle
*Sent on behalf of Rob LeBlanc*

**Michelle Martin**
Legal Support Specialist

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3658  |  F +1 214.665.3601
Michelle.Martin@gtlaw.com  |  www.gtlaw.com

<image001.png>

<image002.png>

<Cease and Desist- Fortline Inc (Wyoming).pdf>



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

For Office Use Only

# Profit Corporation
## Articles of Amendment

1. Corporation name:
*(Name must match exactly to the Secretary of State's records.)*

2. Article number(s) _____ is amended as follows:

   ***See checklist below for article number information.**

3. If the amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself which may be made upon facts objectively ascertainable outside the articles of amendment.

4. The amendment was adopted on _____ .
   *(Date – mm/dd/yyyy)*

P-Amendment – Revised June 2021

5. Approval of the amendment: *(Please check **only one** appropriate field to indicate the party approving the amendment.)*

☐     <u>Shares were **not** issued</u> and the board of directors or incorporators have adopted the amendment.

<b><u>OR</u></b>

☐     <u>Shares were issued</u> and the board of directors have adopted the amendment *without shareholder approval*, in compliance with W.S. 17-16-1005.

<b><u>OR</u></b>

☐     <u>Shares were issued</u> and the board of directors have adopted the amendment *with shareholder approval*, in compliance with W.S. 17-16-1003.

**Signature:** _____     **Date:** _____

*(May be executed by Chairman of Board, President or another of its officers.)*     *(mm/dd/yyyy)*

Print Name: _____     Contact Person: _____

Title: _____     Daytime Phone Number: _____

Email: _____

*(**An email address is required.** Email(s) provided will receive important reminders, notices and filing evidence.)*

---

<u>Checklist</u>

☐   ***Filing Fee: $60.00*** Make check or money order payable to Wyoming Secretary of State.

☐   **Processing time is up to 15 business days** following the date of receipt in our office.

☐   *Refer to original articles of incorporation to determine the specific article number being amended or use the next number in sequence if you are adding an article. ***Article number(s) is not the same as the filing ID number.***

☐   Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**

☐   Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**